SAFESPILL SYSTEMS LLC - PLAINTIFF

Attorney for: SAFESPILL SYSTEMS LLC
VISITING ATTORNEY   - RETAINED
VISITING ATTORNEY
-
- -


Attorney for: SAFESPILL SYSTEMS LLC
DANIEL J MURPHY   - RETAINED
BERNSTEIN SHUR
PO BOX 9729
PORTLAND ME 04104-5029



vs
POOLE FIRE PROTECTION INC - DEFENDANT
19910 WEST 161ST STREET
OLATHE KS 66062
Attorney for: POOLE FIRE PROTECTION INC
BRETT LELAND  - RETAINED 07/07/2026
VERRILL DANA LLP
ONE PORTLAND SQUARE 10TH FLOOR
PORTLAND ME 04101-4054

JOHN W POOLE III - DEFENDANT
19910 WEST 161ST STREET
OLATHE KS 66062
Attorney for: JOHN W POOLE III
BRETT LELAND  - RETAINED 07/07/2026
VERRILL DANA LLP
ONE PORTLAND SQUARE 10TH FLOOR
PORTLAND ME 04101-4054

NICHOLAS BRONDUM  - DEFENDANT
1309 N 2ND STREET E
LOUISBURG KS 66053
Attorney for: NICHOLAS BRONDUM
BRETT LELAND  - RETAINED 07/07/2026
VERRILL DANA LLP
ONE PORTLAND SQUARE 10TH FLOOR
PORTLAND ME 04101-4054

ANDREW WILLIAM POOLE  - DEFENDANT
15921 W 231ST STREET
SPRING HILL KS 66083
Attorney for: ANDREW WILLIAM POOLE
BRETT LELAND  - RETAINED 07/07/2026
VERRILL DANA LLP
ONE PORTLAND SQUARE 10TH FLOOR
PORTLAND ME 04101-4054


Filing Document: COMPLAINT                    Minor Case Type: OTHER NON-PERSONAL INJURY TORT
Filing Date: 06/01/2026

SUPERIOR COURT
CUMBERLAND, ss.
Docket No   PORSC-CV-2026-00239


DOCKET RECORD

EXHIBIT
K

## Docket Events:

06/01/2026 FILING DOCUMENT - COMPLAINT FILED ON 06/01/2026
WITH EXHIBIT A

06/01/2026 Party(s): SAFESPILL SYSTEMS LLC
ATTORNEY - RETAINED ENTERED ON 06/01/2026
Plaintiff's Attorney: DANIEL J MURPHY

06/01/2026 Party(s): SAFESPILL SYSTEMS LLC
OTHER FILING - ENTRY OF APPEARANCE FILED ON 06/01/2026
Defendant's Attorney: DANIEL J MURPHY
FOR PLAINTIFF SAFESPILL SYSTEMS LLC

06/02/2026 Party(s): SAFESPILL SYSTEMS LLC
OTHER FILING - ENTRY OF APPEARANCE FILED ON 06/01/2026
OF DANIEL J MURPHY FOR SAFESPILL SYSTEMS LLC

06/02/2026 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 06/02/2026
DEBORAH  CASHMAN , JUSTICE

07/01/2026 Party(s): SAFESPILL SYSTEMS LLC
MOTION - MOTION TO ADMIT VISIT. ATTY FILED WITH AFFIDAVIT ON 06/05/2026
PLAINTIFF SAFESPILL SYSTEMS, LLC'S MOTION FOR ADMISSION OF VISITING COUNSEL PRO HACE VICE
PURSUANT TO M.R. CIV. P. 89. EXHIBIT A (INCLUDES AFFIDAVIT), PROPOSED ORDER ATTACHED.

07/01/2026 CASE STATUS - CASE FILE LOCATION ON 07/01/2026
SENT TO DPC SHELF FOR REVIEW.

07/08/2026 CASE STATUS - CASE FILE RETURNED ON 07/06/2026

07/08/2026 Party(s): SAFESPILL SYSTEMS LLC
MOTION - MOTION TO ADMIT VISIT. ATTY GRANTED ON 07/02/2026
DEBORAH  CASHMAN , JUSTICE
COPIES TO PARTIES/COUNSEL ON 07/08/26.

07/08/2026 ORDER - COURT ORDER ENTERED ON 07/02/2026
DEBORAH  CASHMAN , JUSTICE
ORDER GRANTING SAFESPILL SYSTEMS LLC' MOTION FOR ADMISSION OF VISITING COUNSEL PRO HAC
VICE - SEE ORDER FOR MORE INFO.  COPIES SENT TO PLAINTIFF'S COUNSEL ON 07/08/26.

07/08/2026 Party(s): SAFESPILL SYSTEMS LLC
ATTORNEY - RETAINED ENTERED ON 07/02/2026
Plaintiff's Attorney: VISITING ATTORNEY

07/27/2026 Party(s): NICHOLAS BRONDUM
SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/18/2026
FOR SERVICE OF DEFENDANT NICHOLAS BRONDUM.

07/27/2026 Party(s): NICHOLAS BRONDUM
SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 07/06/2026

07/27/2026 Party(s): POOLE FIRE PROTECTION INC
ATTORNEY - RETAINED ENTERED ON 07/07/2026
Defendant's Attorney: BRETT LELAND

07/27/2026 Party(s):   JOHN W POOLE III
           ATTORNEY - RETAINED ENTERED ON 07/07/2026
           Defendant's Attorney: BRETT LELAND

07/27/2026 Party(s):   NICHOLAS BRONDUM
           ATTORNEY - RETAINED ENTERED ON 07/07/2026
           Defendant's Attorney: BRETT LELAND

07/27/2026 Party(s):   ANDREW WILLIAM POOLE
           ATTORNEY - RETAINED ENTERED ON 07/07/2026
           Defendant's Attorney: BRETT LELAND

07/27/2026 Party(s):   POOLE FIRE PROTECTION INC,JOHN W POOLE III,NICHOLAS BRONDUM,ANDREW WILLIAM POOLE
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/07/2026
           DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE AND SET DEADLINE FOR ANSWERING OR OTHERWISE
           RESPONDING TO COMPLAINT ALONG WITH PROPOSED ORDER.

07/27/2026 CASE STATUS - CASE FILE LOCATION ON 07/27/2026
           TO JUSTICE CASHMAN FOR REVIEW OF ASSENTED-TO MOTION TO ENLARGE ANSWER/RESPONSIVE PLEADING
           DEADLINE.

07/27/2026 Party(s):   POOLE FIRE PROTECTION INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/26/2026
           FOR SERVICE OF DEFENDANT POOLE FIRE PROTECTION INC.

07/27/2026 Party(s):   POOLE FIRE PROTECTION INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 07/08/2026

07/30/2026 CASE STATUS - CASE FILE RETURNED ON 07/28/2026

07/30/2026 Party(s):   POOLE FIRE PROTECTION INC,JOHN W POOLE III,NICHOLAS BRONDUM,ANDREW WILLIAM POOLE
           MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/28/2026
           DEBORAH  CASHMAN , JUSTICE
           COPIES TO PARTIES/COUNSEL ON 07/30/36.

07/30/2026 ORDER - COURT ORDER ENTERED ON 07/28/2026
           DEBORAH  CASHMAN , JUSTICE
           ORDER ON DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE AND SET DEADLINE FOR ANSWERING OR
           OTHERWISE RESPONDING TO COMPLAINT - GRANTED - DEADLINE FOR ALL DEFENDANTS TO ANSWER IS
           ENLARGED UNTIL 07/31/26.  COPIES SENT TO PARTIES/COUNSEL ON 07/30/26.

## Receipts

| | | | |
|---|---|---|---|
| 06/01/2026 | Misc Fee Payments | $25.00 | paid. |
| 06/01/2026 | Misc Fee Payments | $150.00 | paid. |
| 06/05/2026 | Misc Fee Payments | $100.00 | paid. |
| 06/05/2026 | Misc Fee Payments | $600.00 | paid. |

A TRUE COPY
ATTEST: _____ *Jennifer Cyr*
Clerk